UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRANDON TODD OAKEY,            Case No: 6:16-cv-394-Orl-28DAB
       Plaintiff,

v.

SUNTRUST MORTGAGE INC.,
       Defendant.
_____/

NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, the Court is advised that Plaintiff Brandon Todd Oakey and Defendant Suntrust Mortgage Inc. have reached a fully executed settlement agreement on all issues resolving this action.

                               s/ George M. Gingo
                               George M. Gingo
                               Florida Bar No.: 879533
                               George M. Gingo, P.A.
                               400 Orange Street
                               Titusville, Florida 32796
                               Phone: (321) 264 – 9624
                               Fax: (866) 311 – 9573
                               gingo.george@gmail.com
                               Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 25, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                               /s/ George M. Gingo
                               George M. Gingo
                               Florida Bar No.: 879533